UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STEVE MANIACI, on behalf of himself and others similarly situated, | Case No. 2:25-cv-11722-BRM-EAS |
| Plaintiff, | Hon. Brandy R. McMillion |
| v. | Magistrate Judge Elizabeth A. Stafford |
| GURU FINANCE GROUP LLC, | |
| Defendant. | |
| _____/ | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that George T. Blackmore, Esq., enters his appearance as local counsel on behalf of Plaintiff and the proposed class.

    Respectfully Submitted,

    BLACKMORE LAW PLC

    /s/ George T. Blackmore
    By: George T. Blackmore (P76942)
    1100 Owendale Drive
    Suite M
    Troy, MI 48083
    Phone: (888) 835-2993
    george@blackmore.law
    *Local Counsel for Plaintiff and the proposed class*

Dated: June 11, 2025

## **CERTIFICATE OF SERVICE**

I certify that on June 11, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE with the Court's CM/ECF system, which will provide notice of this document's filing on all registered parties.

                /s/ George T. Blackmore
                George T. Blackmore