# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| **Steve Maniaci** | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 2:25-cv-11722-BRM-EAS ) ) |
| **Guru Finance Group, LLC** | ) ) ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Mariah Gutierrez, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Guru Finance Group LLC in Sacramento County, CA on June 18, 2025 at 11:13 am at 1401 21st Street, ste r, Sacramento, CA 95811 by leaving the following documents with Jamie Stone who as Registered Agent at Registered Agent Services is authorized by appointment or by law to receive service of process for Guru Finance Group LLC.

Summons in a Civil Action, Civil Cover Sheet, Jury Trial Demand

White Female, est. age 35-44, glasses: Y, Brown hair, 280 lbs to 300 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=38.5716666667,-121.4803866667
Photograph: See Exhibit 1


Standard Serve 5000 Birch Street, SUITE 100B, Newport Beach, CA 92660 1@$85.00=$85.00
Standard Serve 1401 21st Street, ste r, Sacramento, CA 95811 1@$85.00=$85.00
Total Cost: $170.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Sacramento County   ,

   CA   on   6/20/2025   .

/s/ *Mariah Gutierrez*

Signature
Mariah Gutierrez
+1 (916) 477-4299



Exhibit 1a)