UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STEVE MANIACI, on behalf of himself and others similarly situated, | Case No. 2:25-cv-11722-BRM-EAS |
| Plaintiff, | Hon. Brandy R. McMillion |
| v. | Hon. Elizabeth A. Stafford |
| GURU FINANCE GROUP LLC, | CLASS ACTION |
| Defendant. | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Guru Finance Group, LLC, pursuant to Federal Rule of Civil Procedure 6(b), files this Unopposed Motion for Extension of Time to Respond to Plaintiff Steve Maniaci's Complaint (the "Complaint"), for an order extending Defendant's deadlines to respond by thirty days to August 8, 2025, and in support thereof state as follows:

1. On or about June 10, 2025, Plaintiff filed the Complaint in this action. *See* Dkt. No. 1.

2. Plaintiff served Defendant on June 18, 2025. *See* Dkt. No. 5.

3. Accordingly, Defendant's response to the Complaint is due on July 9, 2025.

4. Defendant and their counsel require additional time to investigate the allegations in the Complaint and any applicable defenses and challenges to prepare

its response to the Complaint. Counsel was only recently retained for this matter, and additional time is also required because of other pressing deadlines and obligations in other matters. Defendant therefore requests an extension of thirty days, to August 8, 2025, to file its response to Plaintiff's Complaint.

5. Federal Rule of Civil Procedure 6(b) allows this Court discretion to enlarge periods of time for good cause where, as here, the requested extension is made before the deadline. Defendant respectfully submits that the above-stated reasons constitute good cause for the requested extension of time of thirty days to file a response to the Complaint.

6. Undersigned counsel for Defendant conferred by e-mail with counsel for Plaintiff regarding the requested extension. Counsel for Plaintiff advised that Plaintiff does not oppose the requested extension.

7. The requested extension is not sought for dilatory reasons or for any other improper purpose, will not prejudice any party or the Court, and no prior extension has been sought by Defendant.

WHEREFORE, Defendant Guru Finance Group, LLC respectfully requests this Court enter an order enlarging its time to respond to Plaintiff Steve Maniaci's Complaint up to and including August 8, 2025, and for any other relief this Court deems just and proper.

Dated:  July 3, 2025 GREENSPOON MARDER LLP

By: */s/ Roy Taub*
Jeffrey A. Backman
Roy Taub
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954-491-1120
Facsimile:  954-343-6958
jeffrey.backman@gmlaw.com
rene.vazquez@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com

Douglas R. Sargent (MI Bar No. P82126)
227 W. Monroe Street, Suite 3950
Chicago, IL 60606
Telephone :  773-395-1548
doug.sargent@gmlaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have filed the foregoing with the Clerk of Court via CM/ECF on July 3, 2025, which will serve a copy of this document on all counsel who have entered an appearance.

*/s/ Roy Taub*
ROY TAUB