# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| STEVE MANIACI, on behalf of himself and others similarly situated, | Case No. 2:25-cv-11722 |
| Plaintiff, | Hon. Brandy R. McMillion |
| v. | Hon. Elizabeth A. Stafford |
| GURU FINANCE GROUP LLC, | **CLASS ACTION** |
| Defendant. | |

## STIPULATED ORDER ENLARGING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff Steve Maniaci ("Plaintiff") and Defendant Guru Finance Group, LLC ("Guru Finance"), through counsel, hereby stipulate and agree as follows:

WHEREAS, on June 10, 2025, Plaintiff commenced this action;

WHEREAS, on July 3, 2025, Guru Finance filed a timely motion requesting an extension of its deadline to respond to the Complaint to August 8, 2025, which the Court granted on July 7, 2025;

WHEREAS, counsel for the parties have conferred regarding Plaintiff's allegations, with Defendant denying any involvement in the alleged telephone solicitations;

WHEREAS, to investigate Defendant's assertions and the actual caller at issue, and with Defendant's consent, Plaintiff has issued subpoenas to Twilio

International and to Onvoy, LLC, both of which have response deadlines of August 8, 2025;

WHEREAS, the parties seek to avoid proceedings that may end up becoming unnecessary, and which would take up Court resources when, at least with respect to Guru Finance, no further proceedings may be necessary, obviating the need for a response to the Complaint;

WHEREAS, Plaintiff requires sufficient additional time to review the responses to the two aforementioned subpoenas, and potentially the need for further discovery, before deciding whether there should be any further proceedings in this case against Guru Finance;

Accordingly, **IT IS HEREBY ORDERED** that Defendant Guru Finance Group, LLC's deadline to respond to the Complaint is hereby extended by sixty (60) days to October 7, 2025.

**IT IS SO ORDERED.**

Dated:  August 6, 2025                                  s/Brandy R. McMillion
                                                                                      Hon. Brandy R. McMillion
                                                                                      U.S. DISTRICT JUDGE

Stipulated and Agreed:

| | |
|---|---|
| */s/ Anthony I. Paronich* | */s/ Roy Taub* |
| Anthony I. Paronich | Jeffrey A. Backman |
| PARONICH LAW, P.C. | Roy Taub |
| 350 Lincoln Street, Suite 2400 | GREENSPOON MARDER LLP |
| Hingham, MA 02043 | 200 East Broward Blvd., Suite 1800 |
| Telephone: (617) 485-0018 | Fort Lauderdale, FL 33301 |
| Fax: (508) 318-8100 | Telephone: 954-491-1120 |
| anthony@paronichlaw.com | jeffrey.backman@gmlaw.com |
| | roy.taub@gmlaw.com |
| George T. Blackmore | |
| BLACKMORE LAW PLC | Douglas R. Sargent (MI Bar No. P82126) |
| 1100 Owendale Drive | |
| Suite M | 227 W. Monroe Street, Suite 3950 |
| Troy, MI 48083 | Chicago, IL 60606 |
| Phone: (888) 835-2993 | Telephone :  773-395-1548 |
| george@blackmore.com | |

*Attorneys for Plaintiff Steve Maniaci*

*Attorneys for Defendant Guru Finance Group, LLC*