UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVE MANIACI,

                                                                Case No. 25-cv-11722
                                                                Hon. Brandy R. McMillion

                    Plaintiff,

v.

GURU FINANCE GROUP LLC,

                    Defendant.
_____/

### ORDER DIRECTING DEFENDANT TO SECURE LOCAL COUNSEL

On July 3, 2025, Roy Taub, appeared in this case (ECF No. 6). Mr. Taub is an attorney with offices in Fort Lauderdale, FL.

The Court notes that Eastern District of Michigan Local Rule 83.20(f), Local Counsel, provides:

> A member of the bar of this court who appears as attorney of record in the district court and is not an active member of the State Bar of Michigan must specify as local counsel a member of the bar of this court with an office in the district. Local counsel must enter an appearance and have the authority and responsibility to conduct the case if non-local counsel does not do so. On application, the Court may relieve an attorney who is not an active member of the State Bar of Michigan of the obligation to specify local counsel.

E.D. Mich. L.R. 83.20(f)(1). In addition, "[l]ocal counsel must attend each scheduled appearance on the case unless the Court, on its own motion or on motion or request of a party, dispenses with the requirement." *Id.* at (f)(2).

Accordingly, **IT IS HEREBY ORDERED** that Defendant secure local counsel pursuant to E.D. Mich. LR 83.20(f), and local counsel must enter an appearance in this case by **October 14 2025.**

**IT IS SO ORDERED.**

Dated: September 15, 2025                    s/Brandy R. McMillion
                                             Hon. Brandy R. McMillion
                                             United States District Judge