UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STEVE MANIACI, on behalf of himself and others similarly situated, | Case No. 2:25-cv-11722 |
| Plaintiff, | Hon. Brandy R. McMillion |
| v. | Hon. Elizabeth A. Stafford |
| GURU FINANCE GROUP LLC, | **CLASS ACTION** |
| Defendant. | |

## SECOND STIPULATED ORDER ENLARGING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff Steve Maniaci ("Plaintiff") and Defendant Guru Finance Group, LLC ("Guru Finance"), through counsel, hereby stipulate and agree, and the Court orders, as follows:

WHEREAS, on June 10, 2025, Plaintiff commenced this action;

WHEREAS, on July 3, 2025, Guru Finance filed a timely motion requesting an extension of its deadline to respond to the Complaint to August 8, 2025, which the Court granted on July 7, 2025;

WHEREAS, counsel for the parties have conferred regarding Plaintiff's allegations, with Defendant denying any involvement in the alleged telephone solicitations;

WHEREAS, to investigate Defendant's assertions and the actual caller at

issue, and with Defendant's consent, on July 23, 2025, Plaintiff issued subpoenas to Twilio International and to Onvoy, LLC;

WHEREAS, based on information obtained in response to the above-mentioned subpoenas identifying Intelliga Corporation d/b/a Bland.ai ("Bland.ai"), on August 8, 2025, Plaintiff issued a subpoena to Bland.ai seeking documents identifying its customer who used the telephone numbers on the dates at issue and related records;

WHEREAS, Bland.ai responded and identified the name of a customer (not Guru Finance), and Plaintiff is in the process of obtaining further information from Bland.ai to advance his investigation of the actual caller at issue;

WHEREAS, the parties seek to avoid proceedings that may end up becoming unnecessary, and which would take up Court resources when, at least with respect to Guru Finance, no further proceedings may be necessary, obviating the need for a response to the Complaint;

WHEREAS, Plaintiff requires additional time to pursue subpoenaed information from Bland.ai and potentially the need for further discovery from the customer whose name has been disclosed, before deciding whether there should be any further proceedings in this case against Guru Finance;

THE PARTIES THEREFORE AGREE, AND THE COURT ORDERS THAT Defendant Guru Finance Group, LLC's deadline to respond to the Complaint

is hereby extended by sixty (60) days to December 8, 2025.

    **IT IS SO ORDERED.**

Dated:  October 6, 2025             s/Brandy R. McMillion
                                                   Hon. Brandy R. McMillion
                                                   U.S. DISTRICT JUDGE

Respectfully submitted,

| | |
|---|---|
| /s/ Anthony I. Paronich | /s/ Roy Taub |
| Anthony I. Paronich | Jeffrey A. Backman |
| PARONICH LAW, P.C. | Roy Taub |
| 350 Lincoln Street, Suite 2400 | GREENSPOON MARDER LLP |
| Hingham, MA 02043 | 200 East Broward Blvd., Suite 1800 |
| Telephone: (617) 485-0018 | Fort Lauderdale, FL 33301 |
| Fax: (508) 318-8100 | Telephone: 954-491-1120 |
| anthony@paronichlaw.com | jeffrey.backman@gmlaw.com |
| | roy.taub@gmlaw.com |
| George T. Blackmore | |
| BLACKMORE LAW PLC | Douglas R. Sargent (MI Bar No. P82126) |
| 1100 Owendale Drive | 227 W. Monroe Street, Suite 3950 |
| Suite M | Chicago, IL 60606 |
| Troy, MI 48083 | Telephone :  773-395-1548 |
| Phone: (888) 835-2993 | |
| george@blackmore.com | |
| | |
| *Attorneys for Plaintiff Steve Maniaci* | *Attorneys for Defendant Guru Finance Group, LLC* |