UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STEVE MANIACI, on behalf of himself and others similarly situated, | Case No. 2:25-cv-11722-BRM-EAS |
| Plaintiff, | Hon. Brandy R. McMillion |
| v. | Magistrate Judge Elizabeth A. Stafford |
| GURU FINANCE GROUP LLC, | |
| Defendant. | |

## NOTICE OF APPEARANCE

Attorney Kristen E. Guinn and the law firm Smith Haughey Rice & Roegge hereby gives this Notice of Appearance as local counsel for Defendant Guru Finance Group LLC.

Dated: October 14, 2025

SMITH HAUGHEY RICE & ROEGGE

*/s/ Kristen E. Guinn*
Kristen E. Guinn (P72148)
Attorneys for Defendant Guru Finance Group LLC
100 Monroe Center NW
Grand Rapids, MI 49503
(616) 458-9481
kguinn@shrr.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2025, the foregoing document was electronically filed and served on all counsel of record via the Court's CM/ECF system.

*/s/ Karen Dodson*
Karen Dodson