# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STEVE MANIACI<br>*on behalf of himself and*<br>*others similarly situated*,<br><br>　　　　　Plaintiff,<br><br>v.<br><br><br>GURU FINANCE GROUP LLC<br><br>　　　　　Defendant. | Civil Action No.: 2:25-cv-11722<br><br>Class Action Complaint<br><br>Jury Trial Demanded |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

The plaintiff files this Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees.

Respectfully submitted in this 21st day of November, 2025

　　　　　　　　　　　　　　　　　　*/s/ Anthony I. Paronich*
　　　　　　　　　　　　　　　　　　Anthony I. Paronich
　　　　　　　　　　　　　　　　　　Paronich Law, P.C.
　　　　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400
　　　　　　　　　　　　　　　　　　Hingham, MA 02043
　　　　　　　　　　　　　　　　　　Tel: (617) 485-0018
　　　　　　　　　　　　　　　　　　anthony@paronichlaw.com
　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*