**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STEVE MANIACI,

      Plaintiff,                                    Case No. 25-cv-11722
                                                             Hon. Brandy R. McMillion

v.

GURU FINANCE GROUP LLC.,

      Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

                                                    s/Brandy R. McMillion
                                                    HON. BRANDY R. MCMILLION
                                                    UNITED STATES DISTRICT JUDGE

Dated:  December 2, 2025

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 2, 2025, by electronic means and/or ordinary mail.

                                                     s/L. Hosking
                                                    Case Manager